| | |
|---|---|
| **Subject:** | RE: Claim GC-10806 |
| **Date:** | Thursday, February 15, 2018 at 10:00:21 AM Hawaii-Aleutian Standard Time |
| **From:** | Simpson, Darrell <Darrell.Simpson@united.com> |
| **To:** | Colby Johnson <colbyevelynn@gmail.com> |

Good morning, Ms. Johnson:

Thank you for your counteroffer as well as the opportunity to respond at this time. While we certainly respect your position, Ms. Johnson, we respectfully advise that our offer of $1,350.00 per person remains unchanged and will remain valid until 5PM CST on February 22, 2018.

Please note that you may be receiving a response from a United DOT Specialist in response to the communication you sent to the DOT regarding your travel with United Airlines.

Best regards,

**Darrell Simpson**
Analyst – Corporate Insurance

United Airlines | 609 Main Street, 18th Floor | HSCCI | Houston, TX 77002
Phone: (346) 265-4238 | Email: darrell.simpson@united.com

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please contact Darrell Simpson at (346) 265-4238 and destroy the original message and all copies.

**From:** Colby Johnson [mailto:colbyevelynn@gmail.com]
**Sent:** Thursday, February 08, 2018 10:04 PM
**To:** Simpson, Darrell
**Subject:** Re: Claim GC-10806

Hi Mr. Simpson,

Thank you for your response to my email.  We are offering a counter-offer of $250,000.00 per person to settle this claim.  Please understand that this offer will expire on February 15, 2018.

Thank you for your attention to this matter.

Best,

Colby

On Feb 5, 2018, at 11:37 AM, Simpson, Darrell <Darrell.Simpson@united.com> wrote:

EXHIBIT 4

Dear Ms. Johnson:

Thank you for your most recent email as well as the opportunity to respond at this time. As the adjuster assigned to this matter, I have been asked to respond on behalf of United Airlines.

As such, in response to your demand of $4,000,000.00 per claim, we are willing to extend a gesture of goodwill in the amount of $1,350.00 per person. This offer will remain valid for 5 days from the date of this email. Should you wish to accept this offer, please advise at your earliest convenience and we will send the appropriate documentation for execution.

Should you have any questions, please do not hesitate to contact me. **Please note that my telephone number will change on February 8, 2018 at 3 PM CST to (346) 265-4238 and (713) 324-5211 will no longer be active.**

Best regards,

**Darrell Simpson**
Corporate Insurance - Analyst

United  I  1600 Smith Street  I  Houston TX  77002
Tel: (713) 324-5211*  I  darrell.simpson@united.com
www.united.com

**\*AFTER FEB. 8th, MY CONTACT NUMBER WILL BE (346) 265-4238**

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please contact Darrell Simpson at (713) 324-5211 and destroy the original message and all copies.

---

**From:** Colby Johnson [mailto:CJohnson@aldridgepite.com]
**Sent:** Friday, February 02, 2018 2:32 PM
**To:** Nottestad, Andrew
**Cc:** Hart, Greg; Simpson, Darrell
**Subject:** Claim GC-10806

Hello Mr. Nottestad,

I have been in contact with United Airlines in an attempt to resolve an incident that was documented by Mr. Darrell Simpson in Claim GC-10806.  I have been forthcoming with Mr. Simpson with all information requested of me, including a settlement demand.  The settlement demand Mr. Simpson requested was sent on January 20, 2018.  He failed to confirm his receipt

of my email and has since ignored my emails and phone calls asking for confirmation or a status.

Therefore, I am contacting you because I fully intend to file a Complaint against United Airlines, alleging, in part, negligent operation as a common carrier and negligence per se for United's violations of 14 C.F.R. § 135.121 for the improper serving of alcoholic beverages, 49 C.F.R. § 1544.303 for the improper handling of bomb or air piracy threats, and for failure to report these incidents to the FAA within the proscribed timeline (among other claims for relief).

Once litigation has commenced, settlement of these claims will be off the table.  I am writing to afford United the opportunity to settle these claims prior to the commencement of litigation as well as the accompanying full media release of what occurred on UA Flight 1589.  It is my position that United will lose a substantial amount of goodwill should these claims be subjected to public scrutiny.

Please understand that should I not receive a response by **EOB Tuesday, February 6, 2018**, I will move forward with a Motion for Deposition Before Action and for the Examination of Discovery on an Emergency Basis.  Please note that an FOIA request has already been submitted to the FAA to obtain any and all incident reports relating to Flight UA 1589.

Please feel free to contact me at my direct number or respond to this email.  I appreciate your prompt attention to this matter.

Best,

Colby E. Johnson*
*Associate Attorney*
**Aldridge | Pite, LLP**
810 Richards Street, Suite 700
Honolulu, HI 96813
Main Office: (808) 599-9369
Direct Dial: (808) 265-5859
Direct Fax: (808) 412-2718
cjohnson@aldridgepite.com
**Alabama | Alaska | Arizona | California | Florida | Georgia | Hawaii | Idaho | Illinois | Nevada | New Jersey | New Mexico | New York | North Carolina | Oregon | Pennsylvania | Tennessee | Texas | Utah | Washington**
*Licensed in Hawaii

**This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose. However, if you are in an active bankruptcy case or have received a discharge of your personal liability for this debt in bankruptcy, our firm does not seek to enforce your personal liability for the debt, but may be able to pursue legal action to obtain possession of the collateral which is security for the debt to the extent that our client has a valid lien against the collateral.**

This e-mail and any attachments contain information from the law firm of Aldridge Pite, LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination of this e-

mail or its attachments by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or its attachments or from making any use of same. If you believe you have received this e-mail in error, please notify the sender by replying to this email or calling the sender at (404) 994-7400 and delete the e-mail from any drives or storage media and destroy any print out(s) of this e-mail or its attachments.