# Non-Criminal Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC | | |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

**Case Info**         Party List         Document List         Court Minutes List

| | | | | | |
|---|---|---|---|---|---|
| Cause of Action | SPEC PROCEED | | | Nature of Action | 18051 |
| Cons Code | | Trial Type | | Trial Judge | |
| Section Code | | Court Costs | 0 | Lower Crt Cs | |
| Case Disp | | Case Term | | Cs Term Dt | |
| Orig. Agency | | Tax Dist. | | Tax App Src | |
| Gn Ex Tx Amt | 0.00 | Gn Ex Tx No | | Tax Key | |
| Property Loc | | | | | |
| Comments | | | | | |

EXHIBIT 5

# Non-Criminal Case Information

| | | | |
|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

**Case Info** | **Party List** | **Document List** | **Court Minutes List**

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 1 | JOHNSON, COLBY | PT | 02/10/2018 | |

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|
| 1 | APS | PS | A | PRO SE |

| | | | | | |
|---|---|---|---|---|---|
| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | | | | | |

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 2 | MANGONON, JASON | PT | 02/10/2018 | |

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|
| 1 | APS | PS | A | PRO SE |

| | | | | | |
|---|---|---|---|---|---|
| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | | | | | |

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 3 | UNITED AIRLINES INC | RD | 02/10/2018 | |

| | | | | | |
|---|---|---|---|---|---|
| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | | | | | |

# Non-Criminal Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC | | |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

**Case Info**     **Party List**     **Document List**     **Court Minutes List**

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|---|---|---|---|---|
| ˅ 1 | EPR | (RECEIVED) COPY OF VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 02/09/2018 10:19 | PRO SE |
| | Volume Number | | Case Folder Pg | |
| | Comments | | | |
| ˅ 2 | PET | VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 02/14/2018 12:23 | PRO SE |
| | Volume Number | | Case Folder Pg | |
| | Comments | | | |

# Non-Criminal Case Information

| | | | |
|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

Case Info | Party List | Document List | **Court Minutes List**

| | App Type | Loc | Type | Date/Time | Phase | App Desc | App Disp |
|---|---|---|---|---|---|---|---|
| ⌄ | 1 | ACC | 1C09 | AC | 02/09/2018 | | ASSIGNED CIVIL CALENDAR | |

| | | | | |
|---|---|---|---|---|
| CTRM | | Cal. Type | AC | Priority | 0 |
| Judge I.D. | JVCRANDALL | Video No. | | Audio No. | |
| Minutes | | | | |

| | App Type | Loc | Type | Date/Time | Phase | App Desc | App Disp |
|---|---|---|---|---|---|---|---|
| ⌄ | 2 | MOT | 1C09 | CM | 03/12/2018 10:00 | | VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH H.R.C.P. RULE 27 (C. JOHNSON) | |

| | | | | |
|---|---|---|---|---|
| CTRM | | Cal. Type | CM | Priority | 0 |
| Judge I.D. | JVCRANDALL | Video No. | | Audio No. | |
| Minutes | | | | |