COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| ROBERT K. FRICKE | 7872-0 |
| rfricke@cfhawaii.com | |
| ABIGAIL M. HOLDEN | 8793-0 |
| aholden@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

Attorneys for Respondent
UNITED AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COLBY JOHNSON and JASON MANGONON,<br><br>       Petitioners,<br><br>   vs.<br><br>UNITED AIRLINES, INC.,<br><br>       Respondent. | CIVIL NO. 18-00077<br><br>RESPONDENT UNITED AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE<br><br>No trial date |

**RESPONDENT UNITED AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent United Airlines, Inc. (hereinafter "United"), a Delaware corporation, files this Corporate Disclosure Statement and respectfully states as follows:

United identifies that United Continental Holdings, Inc. is its parent company.

DATED: Honolulu, Hawaiʻi, February 27, 2018.

/s/ Abigail M. Holden
JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| COLBY JOHNSON and JASON MANGONON, | CIVIL NO. 18-00077 |
|---|---|
| Petitioners, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED AIRLINES, INC., | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the within document was served on this date in the following manner:

| | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| COLBY JOHNSON<br>JASON MANGONON<br>810 Richards Street, Suite 700<br>Honolulu, HI  96813<br><br>Petitioners Pro Se | [ ] | [ X ] | [ ] |

DATED:  Honolulu, Hawaiʻi, February 27, 2018.

/s/ Abigail M. Holden
JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.