

**Circuit Court of the First Circuit —THE JUDICIARY • STATE OF HAWAI'I**

777 PUNCHBOWL STREET • HONOLULU, HAWAI'I 96813-5093 • TELEPHONE (808) 539-4333 • FAX (808) 539-4322

Patsy K. Nakamoto
COURT ADMINISTRATOR

March 2, 2018

ORIGINAL VIA HAND DELIVERY

Ms. Sue Beitia, Chief Clerk
Office of the Clerk
United States District Court of the District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850

RE:   SPECIAL PROCEEDINGS NO. 18-1-0049 VLC
      COLBY JOHNSON and JASON MANGONON
      Case 1:18-cv-00077 SOM-KJM

Dear Ms. Beitia:

Pursuant to **RESPONDENT UNITED AIRLINES, INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL; EXHIBIT A; CERTIFICATE OF SERVICE**, filed February 28, 2018, transmitted herewith is a copy of the entire First Circuit Court record as of March 2, 2018, and as certified by a designated Clerk of the Court, First Circuit.

Sincerely,

Patsy K. Nakamoto
Legal Documents Court Administrator
Legal Documents Branch I
First Circuit Court, State of Hawaii

PKN: fo

S.P. NO. 18-1-0049 VLC
Page 2

Copies of transmittal letter only mailed to:

COLBY JOHNSON
JASON MANGONON
810 Richards Street, Suite 700
Honolulu, HI 96813

Petitioners Pro Se


JOACHIM P. COX, ESQ.
ROBERT K. FRICKE, ESQ.
ABIGAIL M. HOLDEN, ESQ.
800 Bethel Street, Suite 600
Honolulu, HI 96813

Attorneys for Respondent
UNITED AIRLINES, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| COLBY JOHNSON et al., ) | S.P. NO. 18-1-0049 VLC |
| ) | |
| ) | CIRCUIT COURT CLERK'S |
| Petitioners, ) | CERTIFICATE REGARDING HAWAII |
| ) | JUDICIAL INFORMATION SYSTEM |
| vs. ) | (HAJIS) |
| ) | |
| UNITED AIRLINES, INC., ) | |
| ) | |
| Respondent. ) | |

### CIRCUIT COURT CLERK'S CERTIFICATE REGARDING HAWAII JUDICIAL INFORMATION SYSTEM (HAJIS)

I, F. Otake, Clerk of the Circuit Court of the First Circuit, State of Hawaii, do hereby certify that the attached copies of documents, as listed on the index sheets on the First Circuit Court Hawaii Judicial Information System (HAJIS) for COLBY JOHNSON et al., VS UNITED AIRLINES, INC., are full, true and correct copies of originals and/or on file, as filed and entered of record in the above-entitled matter.

IN WITNESS WHEREOF, I have hereunto set my hand and Seal of this court this 02nd day of March, 2018.

F. Otake, Clerk
Circuit Court, First Circuit
State of Hawaii

| # | #1 | COMPUTERIZED INDEX | | | | |
|---|---|---|---|---|---|---|
| | 1SP18-1-000049 | 02-09-2018  SPECIAL PROCEEDINGS 18 | | | | |
| | JOHNSON, COLBY | | PRO SE | APS | SPEC PROCEED | 051 |
| | MANGONON, JASON | | PRO SE | APS | | |

UNITED AIRLINES INC

| | | PAGE |
|---|---|---|
| 2018 | | |
| FEB 09 | (RECEIVED) COPY OF VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 1 |
| FEB 14 | VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 2 |
| FEB 28 | RESPONDENT UNITED AIRLINES INC'S NOTICE OF FILING NOTICE OF REMOVAL; EXHIBIT A; CERTIFICATE OF SERVICE | 3 |