COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                7520-0
    jcox@cfhawaii.com
ROBERT K. FRICKE              7872-0
    rfricke@cfhawaii.com
ABIGAIL M. HOLDEN             8793-0
    aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

Attorneys for Respondent
UNITED AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| COLBY JOHNSON and JASON MANGONON,<br><br>              Petitioners,<br><br>    vs.<br><br>UNITED AIRLINES, INC.,<br><br>              Respondent. | CIVIL NO. _____<br><br>RESPONDENT UNITED AIRLINES, INC.'S NOTICE OF REMOVAL; DECLARATION OF ABIGAIL M. HOLDEN; EXHIBITS 1 - 5; CERTIFICATE OF SERVICE<br><br>No trial date |

**RESPONDENT UNITED AIRLINES, INC.'S NOTICE OF REMOVAL**

Respondent United Airlines, Inc. ("United Airlines"), hereby removes

to this Honorable Court a civil action filed in the First Circuit Court for the State of

Hawai'i, S.P. No. 18-1-0049 VLC, pursuant to 28 U.S.C. § 1441(b).

EXHIBIT A

## I.   STATE COURT PROCEEDINGS

1.   On February 14, 2018, Petitioners Colby Johnson and Jason Mangonon ("Petitioners"), appearing *pro se*, filed a Verified Petition to Provide Deposition Before Action in Accordance with H.R.C.P. Rule 27 against United Airlines in the Circuit Court of the First Circuit for the State of Hawai'i.  A copy of the Petition is attached to the Declaration of Abigail M. Holden as Exhibit 1.

2.   United Airlines was served with a copy of the Petition on February 15, 2018.  (Declaration of Abigail M. Holden ("Holden Decl.") at ¶ 2.) No other pleadings have been filed in this action.  (*See* Exhibit 5, State Court docket.)

## II.   VENUE

3.   Venue lies in the United States District Court for the District of Hawai'i pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this action was originally brought in the Circuit Court of the First Circuit for the State of Hawai'i.

## III.   GROUNDS FOR REMOVAL

4.   This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) inasmuch as it was filed within 30 days of United Airline's receipt of the civil action.

5.   Petitioners' Petition alleges that they are citizens and residents of the State of Hawai'i.  (Exhibit 1; Petition at ¶ 1.)

2

6.      United Airlines is a corporation duly organized under the laws of the State of Delaware, headquartered in Chicago, Illinois. (Holden Decl. at ¶ 4.) United Airlines is not a citizen of the State of Hawaiʻi. (*Id.*)

7.      Thus, there is complete diversity of citizenship pursuant to 28 U.S.C. § 1332 and United Airlines is not a citizen of the State in which the action is brought pursuant to 28 U.S.C. § 1441(b).

8.      The Petition alleges that Petitioners intend to bring actions for "Negligence, Negligence Per Se, Breach of Contract, and Negligent Infliction of Emotional Distress" against United Airlines. (Exhibit 1; Petition at ¶ 5.)

9.      On January 3, 2018, Ms. Johnson wrote to United Airlines indicating that she intended to file a "Complaint against United [Airlines] in the United States District Court alleging a number of claims." (Exhibit 2.)

10.    On January 20, 2018, Petitioners demanded $4,000,000.00 per person (apparently a total of $8,000,000.00) to settle their claims. (Exhibit 3.)

11.    On February 8, 2018, Petitioners demanded $250,000 per person (apparently a total of $500,000.00) to settle the claim. (Exhibit 4.)

12.    Accordingly, the amount in controversy exceeds the jurisdictional minimum under 28 U.S.C. § 1332.

3

## IV.   NOTICE TO ADVERSE PARTIES AND STATE COURT

13.   Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice shall be promptly served on Petitioners and will be filed with the Clerk of the Court of the First Circuit, State of Hawai'i.

## V.   CONCLUSION

14.   By removing this action to this Court, United Airlines does not waive any defenses, objections or motions available under state or federal law. United Airlines expressly reserves the right to move for dismissal of Petitioners' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure and/or any other rule.

WHEREFORE, United Airlines prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.

DATED:  Honolulu, Hawai'i, February 27, 2018.

/s/ Abigail M. Holden
JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| COLBY JOHNSON and JASON MANGONON,<br><br>Petitioners,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>Respondent. | CIVIL NO. _____<br><br>DECLARATION OF ABIGAIL M. HOLDEN; EXHIBITS 1 - 5 |

### DECLARATION OF ABIGAIL M. HOLDEN

I, Abigail M. Holden, declare and say that:

1.     I am one of the attorneys for United Airlines, Inc. ("United"). All of the information stated herein is information based on my personal knowledge that I learned in said capacity for United.  If called as a witness I could and would testify to the truth of the matters stated herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Verified Petition to Provide Deposition Before Action in Accordance with H.R.C.P. Rule 27 filed in the Circuit Court of the First Circuit, State of Hawaiʻi on February 14, 2018 ("Petition").

3.      United was served with a copy of the Petition on February 15, 2018.

4.      United is a corporation duly organized under the laws of the State of Delaware, headquartered in Chicago, Illinois.  United is not a citizen of the State of Hawai'i.

5.      Attached hereto as Exhibit 2 is a true and correct copy of an e-mail dated January 3, 2018, Ms. Johnson wrote to United Airlines indicating that she intended to file a "Complaint against United [Airlines] in the United States District Court alleging a number of claims.

6.      Attached hereto as Exhibit 3 is a true and correct copy of an e-mail dated January 20, 2018 from Colby Johnson to United Airlines, offering to settle Petitioners' claims against United Airlines for $4,000,000.00 per person (apparently a total of $8,000,000.00).

15.      Attached hereto as Exhibit 4 is a true and correct copy of an e-mail dated February 8, 2018 from Colby Johnson to United Airlines, offering to settle Petitioner's claims against United Airlines for  $250,000 per person (apparently a total of $500,000.00).

16.   Attached hereto as Exhibit 5 is a true and correct copy of the

State Court docket.

I declare under penalty of perjury under the laws of the State of

Hawaiʻi and the United States that the foregoing is true and correct.

Executed this 27th day of February 2018, at Honolulu, Hawaiʻi.

/s/ Abigail M. Holden
ABIGAIL M. HOLDEN

3

COLBY JOHNSON
JASON MANGONON
810 Richards Street, Suite 700
Honolulu, HI 96813
Telephone: (808) 265-5859
E-mail: colbyej@lawnet.uci.edu

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2018 FEB 14  PM 12: 23

F. OTAKE
CLERK

Petitioners Pro Se

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

COLBY JOHNSON, and JASON
MANGONON,

Petitioners,

v.

UNITED AIRLINES, INC,

Respondent.

S.P. NO.  1 8 - 1 - 0 0 4 9   VLC
(Special Proceedings)

VERIFIED PETITION TO PROVIDE
DEPOSITION BEFORE ACTION IN
ACCORDANCE WITH H.R.C.P.
RULE 27; NOTICE OF HEARING
HEARING:
DATE: _Monday,_
_March 12, 2018_
TIME: _10:00 a.m._

JUDGE VIRGINIA LEA CRANDALL

FIRST CIRCUIT COURT
STATE OF HAWAII
2018 FEB -5 AM 10: 19 RECEIVED

### VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH H.R.C.P. RULE 27

COME NOW Petitioners COLBY JOHNSON and JASON MANGONON

("Petitioners"), and hereby present this Verified Petition in accordance with Hawaii Rules of

Civil Procedure Rule 27 for the perpetuation of testimony in an anticipated action before this

Honorable Court, and allege as follows:

1.    The Petitioners were, at all times relevant, individuals and residents of Honolulu

County, Hawaii.  Petitioners were passengers on United Flight No. 1589, on December 31, 2017.

2.    Potential  adverse  party  and  Respondent,  UNITED  AIRLINES,  INC.

("Respondent") is an airline headquartered in Chicago, Illinois, with a principal business address

EXHIBIT 1

of Lobby 8, Overseas Terminal, Daniel K. Inouye International Airport, Honolulu, Hawaii, and engaged in operating flights both to and from Daniel K. Inouye International Airport in Honolulu, Hawaii.

3.    Petitioners expect to be a party to an action cognizable in a court of this State but are presently unable to bring it or cause it to be brought because Petitioners are lacking information to establish the necessary agency relationship between a crewmember on United Flight No. 1589 and Respondent. Petitioners are unable to establish the prima facie case for a breach of contract cause of action without the contract of carriage maintained by United. Additionally, Petitioners are unable to establish the prima facie case for negligence per se without the records of the reports allegedly made by Respondent to the Federal Aviation Authority ("FAA") as governed by law.

4.    Petitioners submitted a Freedom of Information Act Request to the FAA to obtain any and all preliminary accident or incident reports for United Flight No. 1589 on December 31, 2017. Petitioners have thus far been unable to obtain any preliminary accident or incident reports related to United Flight No. 1589. Petitioners have been unable to obtain any reports required of Respondent for intoxicated passengers and Bomb or Air Piracy threats.

5.    It is anticipated that the subject matter of the expected action will be Negligence, Negligence Per Se, Breach of Contract, and Negligent Infliction of Emotional Distress. Petitioners anticipate that they will be Plaintiffs in the anticipated action against expected adverse party and Respondent United Airlines, Inc.

6.    Petitioners seek to establish that the crew member involved in the subject matter of the anticipated litigation was an agent of United, and that United is liable for the negligence of its agents. Petitioners also seek to establish that United was negligent per se for its violation of

the requirements established by 14 C.F.R. § 135.121 for the Improper Serving of Alcoholic Beverages and 49 C.F.R. § 1544.303 for the improper handling of Bomb or Air Piracy Threats, and for its failure to report these incidents to the FAA within the proscribed timeline.

7.    Petitioners anticipate that United Airlines, Inc. is the expected adverse party. As reflected on the Department of Commerce and Consumer Affairs public information, United Airline Inc.'s agency address for personal service within the State of Hawaii is:

United Airlines, Inc.
c/o The Corporation Company, Inc., its Registered Agent
1136 Union Mall, Suite 301
Honolulu, Hawaii 96813

8.    Petitioners respectfully request that this Honorable Court enter an Order permitting the Petitioners to perform a written or oral examination of the Adjuster for United's Corporate Insurance Department who conducted the investigation of the events relevant to the anticipated action before this Honorable Court. The party to be examined is:

Mr. Darrell Simpson
Corporate Insurance – Analyst
1600 Smith Street
Houston, Texas 77002

9.    Petitioners respectfully request that this Honorable Court enter an Order compelling the expected adverse party, United Airlines, Inc. to produce and preserve the following documents:

(a)    the cockpit voice recording (CVR) for United Airlines Flight No. 1589 on December 31, 2017;

(b)    the complete December 31, 2017 passenger list for United Airlines Flight No. 1589;

(c)    the complete December 31, 2017 employee and crew list for United Airlines Flight No. 1589;

(d)    all accident or incident reports submitted to the FAA by United Airlines in

relation to United Airlines Flight No. 1589 on December 31, 2017;

(e)     all employee, crew member, and pilot statements taken in relation to United Airlines Flight No. 1589 on December 31, 2017.

10.     Petitioners believe the requested examination and production and protection of evidentiary items (a) through (e) is crucial and necessary, as each item is in the sole possession and custody of the Respondent. Petitioners believe that serious prejudice will occur should the requested relief be denied by this Honorable Court.

WHEREFORE, Petitioners respectfully pray for the entry of an Order granting the aforementioned relief.

DATED: Honolulu, Hawaii, February _____ 8 _____, 2018.

_____
COLBY JOHNSON
Petitioner Pro Se

_____
JASON MANGONON
Petitioner Pro Se

Petitioners declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February _____ 8 _____, 2018.

_____
COLBY JOHNSON
Petitioner Pro Se

_____
JASON MANGONON
Petitioner Pro Se

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

18-1-0049    VLC

| | |
|---|---|
| COLBY JOHNSON, and JASON MANGONON, | S.P. NO: (Special Proceedings) |
| Petitioners, | |
| v. | NOTICE OF HEARING |
| UNITED AIRLINES, INC, | |
| Respondent. | |

NOTICE OF HEARING

TO THE ABOVE-NAMED RESPONDENT

Please take Notice that a Hearing on the Petitioner's Verified Petition to Provide Deposition Before Action in Accordance With H.R.C.P. Rule 27 will be held at:

777 Punchbowl Street, Honolulu, Hawaii 96813 / 1111 Alakea St, Honolulu, HI 96813

before the Honorable JUDGE VIRGINIA LEA CRANDALL. The Verified Petition will come on for hearing on MONDAY, March 12, 2018 at 10:00 a.m.

DATED: Honolulu, Hawaii, February 8, 2018

_____
COLBY JOHNSON
Petitioner Pro Se

_____
JASON MANGONON
Petitioner Pro Se

**From:** Colby Johnson
**Sent:** Wednesday, January 03, 2018 9:15 AM
**To:** 'greg.hart@united.com'
**Subject:** Case ID # 17153449 - Customer Care Team
**Importance:** High

Hello Mr. Hart,

I am writing in an attempt to resolve an incident that was documented in Case ID # 17153449 and submitted to United customer care on December 31, 2107.  There has been no response from customer care or United.  I am writing to inform you that if a response is not received within 3 business days, we intend to file a Complaint against United in the United States District Court alleging a number of claims including negligent operation as a common carrier.  Please respond at your earliest convenience so that this matter may be resolved.  Thank you.

Colby E. Johnson*
*Associate Attorney*
**Aldridge | Pite, LLP**
810 Richards Street, Suite 700
Honolulu, HI 96813
Main Office: (808) 275-4490
Direct Dial: (808) 599-9369
Direct Fax: (808) 412-2718
cjohnson@aldridgepite.com
**Alabama | Alaska | Arizona | California | Florida | Georgia | Hawaii | Idaho | Illinois | Nevada | New Jersey | New Mexico | New York | North Carolina | Oregon | Pennsylvania | Tennessee | Texas | Utah | Washington**
*Licensed in Hawaii

**This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose. However, if you are in an active bankruptcy case or have received a discharge of your personal liability for this debt in bankruptcy, our firm does not seek to enforce your personal liability for the debt, but may be able to pursue legal action to obtain possession of the collateral which is security for the debt to the extent that our client has a valid lien against the collateral.**

This e-mail and any attachments contain information from the law firm of Aldridge Pite, LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination of this e-mail or its attachments by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or its attachments or from making any use of same. If you believe you have received this e-mail in error, please notify the sender by replying to this email or calling the sender at (404) 994-7400 and delete the e-mail from any drives or storage media and destroy any print out(s) of this e-mail or its attachments.

EXHIBIT 2

**Subject:** Re: United Airlines
**Date:** Saturday, January 20, 2018 at 7:57:00 PM Hawaii-Aleutian Standard Time
**From:** Colby Johnson <colbyevelynn@gmail.com>
**To:** Simpson, Darrell <Darrell.Simpson@united.com>

Hi Mr. Simpson,

It was great to speak with you on Friday. As you requested, we sat down and calculated a number based on estimated special and general damages, punitive damages, attorney's fees and costs as well as additional considerations. We believe a fair and reasonable settlement amount is $4,000,000.00 per claim to resolve the current matter prior to the commencement of litigation.

Please let me know when you want to set up a time for a call. I look forward to speaking with you again soon.

Thank you.

Colby

On Jan 18, 2018, at 12:34 PM, Simpson, Darrell <Darrell.Simpson@united.com> wrote:

> Good morning, Ms. Johnson:
>
> I apologize for the delay in responding, as our offices were unexpectedly closed on Tuesday and Wednesday due to inclement weather. Houston does not experience snow or ice but maybe every 10 or so years and it happened to snow Monday evening, which resulted in most of the highway system being closed. Houston does not have salt or sand trucks to treat the roads and I am sure that is more information than you cared to receive about Houston's ability to combat snow and ice. Will you be available tomorrow?
>
> Best regards,
>
> **Darrell Simpson**
> Corporate Insurance - Analyst
>
> United I 1600 Smith Street I Houston TX 77002
> Tel: (713) 324-5211 I darrell.simpson@united.com
> www.united.com
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please contact Darrell Simpson at (713) 324-5211 and destroy the original message and all copies.

EXHIBIT 3

Page 1 of 2

**From:** Colby Johnson [mailto:colbyevelynn@gmail.com]
**Sent:** Wednesday, January 17, 2018 4:14 PM
**To:** Simpson, Darrell
**Subject:** Re: United Airlines

Hi Mr. Simpson,

What time are you available tomorrow for a call to discuss this incident?  I called you today at 11 a.m. CST as we had planned but was unable to reach you.  Please let me know.

Thank you.

Colby

On Jan 11, 2018, at 12:31 PM, Simpson, Darrell <Darrell.Simpson@united.com> wrote:

> Dear Ms. Johnson:
>
> Are you available tomorrow before 12 PM CST or anytime Tuesday for a call to discuss your travel with United? Also, as part of my review into this matter, we kindly ask that you provide your settlement demand.
>
> Best regards,
>
> **Darrell Simpson**
> Corporate Insurance - Analyst
>
> United  I  1600 Smith Street  I  Houston TX  77002
> Tel: (713) 324-5211  I  darrell.simpson@united.com
> www.united.com
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please contact Darrell Simpson at (713) 324-5211 and destroy the original message and all copies.

**Subject:** RE: Claim GC-10806
**Date:** Thursday, February 15, 2018 at 10:00:21 AM Hawaii-Aleutian Standard Time
**From:** Simpson, Darrell <Darrell.Simpson@united.com>
**To:** Colby Johnson <colbyevelynn@gmail.com>

Good morning, Ms. Johnson:

Thank you for your counteroffer as well as the opportunity to respond at this time. While we certainly respect your position, Ms. Johnson, we respectfully advise that our offer of $1,350.00 per person remains unchanged and will remain valid until 5PM CST on February 22, 2018.

Please note that you may be receiving a response from a United DOT Specialist in response to the communication you sent to the DOT regarding your travel with United Airlines.

Best regards,

**Darrell Simpson**
Analyst – Corporate Insurance

United Airlines | 609 Main Street, 18th Floor | HSCCI | Houston, TX 77002
Phone: (346) 265-4238 | Email: darrell.simpson@united.com

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please contact Darrell Simpson at (346) 265-4238 and destroy the original message and all copies.

**From:** Colby Johnson [mailto:colbyevelynn@gmail.com]
**Sent:** Thursday, February 08, 2018 10:04 PM
**To:** Simpson, Darrell
**Subject:** Re: Claim GC-10806

Hi Mr. Simpson,

Thank you for your response to my email. We are offering a counter-offer of $250,000.00 per person to settle this claim. Please understand that this offer will expire on February 15, 2018.

Thank you for your attention to this matter.

Best,

Colby

On Feb 5, 2018, at 11:37 AM, Simpson, Darrell <Darrell.Simpson@united.com> wrote:

EXHIBIT 4

Page 1 of 3

Dear Ms. Johnson:

Thank you for your most recent email as well as the opportunity to respond at this time. As the adjuster assigned to this matter, I have been asked to respond on behalf of United Airlines.

As such, in response to your demand of $4,000,000.00 per claim, we are willing to extend a gesture of goodwill in the amount of $1,350.00 per person. This offer will remain valid for 5 days from the date of this email. Should you wish to accept this offer, please advise at your earliest convenience and we will send the appropriate documentation for execution.

Should you have any questions, please do not hesitate to contact me. **Please note that my telephone number will change on February 8, 2018 at 3 PM CST to (346) 265-4238 and (713) 324-5211 will no longer be active.**

Best regards,

**Darrell Simpson**
Corporate Insurance - Analyst

United  l  1600 Smith Street  l  Houston TX  77002
Tel: (713) 324-5211*  l  darrell.simpson@united.com
www.united.com

**\*AFTER FEB. 8th, MY CONTACT NUMBER WILL BE (346) 265-4238**

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please contact Darrell Simpson at (713) 324-5211 and destroy the original message and all copies.

**From:** Colby Johnson [mailto:CJohnson@aldridgepite.com]
**Sent:** Friday, February 02, 2018 2:32 PM
**To:** Nottestad, Andrew
**Cc:** Hart, Greg; Simpson, Darrell
**Subject:** Claim GC-10806

Hello Mr. Nottestad,

I have been in contact with United Airlines in an attempt to resolve an incident that was documented by Mr. Darrell Simpson in Claim GC-10806.  I have been forthcoming with Mr. Simpson with all information requested of me, including a settlement demand.  The settlement demand Mr. Simpson requested was sent on January 20, 2018.  He failed to confirm his receipt

of my email and has since ignored my emails and phone calls asking for confirmation or a status.

Therefore, I am contacting you because I fully intend to file a Complaint against United Airlines, alleging, in part, negligent operation as a common carrier and negligence per se for United's violations of 14 C.F.R. § 135.121 for the improper serving of alcoholic beverages, 49 C.F.R. § 1544.303 for the improper handling of bomb or air piracy threats, and for failure to report these incidents to the FAA within the proscribed timeline (among other claims for relief).

Once litigation has commenced, settlement of these claims will be off the table. I am writing to afford United the opportunity to settle these claims prior to the commencement of litigation as well as the accompanying full media release of what occurred on UA Flight 1589. It is my position that United will lose a substantial amount of goodwill should these claims be subjected to public scrutiny.

Please understand that should I not receive a response by **EOB Tuesday, February 6, 2018**, I will move forward with a Motion for Deposition Before Action and for the Examination of Discovery on an Emergency Basis. Please note that an FOIA request has already been submitted to the FAA to obtain any and all incident reports relating to Flight UA 1589.

Please feel free to contact me at my direct number or respond to this email. I appreciate your prompt attention to this matter.

Best,

Colby E. Johnson*
*Associate Attorney*
**Aldridge | Pite, LLP**
810 Richards Street, Suite 700
Honolulu, HI 96813
Main Office: (808) 599-9369
Direct Dial: (808) 265-5859
Direct Fax: (808) 412-2718
cjohnson@aldridgepite.com
**Alabama | Alaska | Arizona | California | Florida | Georgia | Hawaii | Idaho | Illinois | Nevada | New Jersey | New Mexico | New York | North Carolina | Oregon | Pennsylvania | Tennessee | Texas | Utah | Washington**
*Licensed in Hawaii

**This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose. However, if you are in an active bankruptcy case or have received a discharge of your personal liability for this debt in bankruptcy, our firm does not seek to enforce your personal liability for the debt, but may be able to pursue legal action to obtain possession of the collateral which is security for the debt to the extent that our client has a valid lien against the collateral.**

This e-mail and any attachments contain information from the law firm of Aldridge Pite, LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination of this e-

mail or its attachments by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or its attachments or from making any use of same. If you believe you have received this e-mail in error, please notify the sender by replying to this email or calling the sender at (404) 994-7400 and delete the e-mail from any drives or storage media and destroy any print out(s) of this e-mail or its attachments.

# Non-Criminal Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | | COLBY JOHNSON ETAL VS UNITED AIRLINES INC | |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

| **Case Info** | | **Party List** | | **Document List** | **Court Minutes List** |
|---|---|---|---|---|---|
| Cause of Action | SPEC PROCEED | | | Nature of Action | 18051 |
| Cons Code | | Trial Type | | Trial Judge | |
| Section Code | | Court Costs | 0 | Lower Crt Cs | |
| Case Disp | | Case Term | | Cs Term Dt | |
| Orig. Agency | | Tax Dist. | | Tax App Src | |
| Gn Ex Tx Amt | 0.00 | Gn Ex Tx No | | Tax Key | |
| Property Loc | | | | | |
| Comments | | | | | |

EXHIBIT 5

# Non-Criminal Case Information

| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC |
|---|---|---|---|
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

Case Info        **Party List**        Document List        Court Minutes List

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 1 | JOHNSON, COLBY | PT | 02/10/2018 | |

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|
| 1 | APS | PS | A | PRO SE |

| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | |

| 2 | MANGONON, JASON | PT | 02/10/2018 | |
|---|---|---|---|---|

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|
| 1 | APS | PS | A | PRO SE |

| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | |

| 3 | UNITED AIRLINES INC | RD | 02/10/2018 | |
|---|---|---|---|---|

| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | |

# Non-Criminal Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC | | |
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

Case Info                Party List                **Document List**                Court Minutes List

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|---|---|---|---|---|
| ❤ 1 | EPR | (RECEIVED) COPY OF VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 02/09/2018 10:19 | PRO SE |
| Volume Number | | Case Folder Pg | | |
| Comments | | | | |
| ❤ 2 | PET | VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH HRCP RULE 27; N/H | 02/14/2018 12:23 | PRO SE |
| Volume Number | | Case Folder Pg | | |
| Comments | | | | |

2/27/2018        Case 1:18-cv-00077   Document 1-6   Filed 02/27/18   Page 5 of 5       PageID #: 24

# Non-Criminal Case Information

| Case ID | 1SP181000049 | Case Title | COLBY JOHNSON ETAL VS UNITED AIRLINES INC | | |
|---|---|---|---|---|---|
| Initiation Type | N | Initiation Date | 02/09/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 1C09 | Court | C |

Case Info          Party List          Document List          **Court Minutes List**

| | App Type | Loc | Type | Date/Time | Phase | App Desc | App Disp |
|---|---|---|---|---|---|---|---|
| ❤ 1 | ACC | 1C09 | AC | 02/09/2018 | | ASSIGNED CIVIL CALENDAR | |
| CTRM | | | | Cal. Type | AC | Priority | 0 |
| Judge I.D. | | JVCRANDALL | | Video No. | | Audio No. | |
| Minutes | | | | | | | |
| ❤ 2 | MOT | 1C09 | CM | 03/12/2018 10:00 | | VERIFIED PETITION TO PROVIDE DEPOSITION BEFORE ACTION IN ACCORDANCE WITH H.R.C.P. RULE 27 (C. JOHNSON) | |
| CTRM | | | | Cal. Type | CM | Priority | 0 |
| Judge I.D. | | JVCRANDALL | | Video No. | | Audio No. | |
| Minutes | | | | | | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| COLBY JOHNSON and JASON MANGONON, | CIVIL NO. _____ |
|---|---|
| Petitioners, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED AIRLINES, INC., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within document was served

on this date in the following manner:

| | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| COLBY JOHNSON<br>JASON MANGONON<br>810 Richards Street, Suite 700<br>Honolulu, HI  96813<br><br>Petitioners Pro Se | [ ] | [ X ] | [ ] |

DATED:  Honolulu, Hawai'i, February 27, 2018.

/s/ Abigail M. Holden
_____
JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.

Case 1:18-cv-00077   Document 1-8   Filed 02/27/18   Page 1 of 1   PageID #: 26

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Johnson, Colby<br>Mangonon, Jason | United Airlines, Inc. |

**(b)** County of Residence of First Listed Plaintiff   Honolulu
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Colby Johnson, Jason Mangonon
810 Richards Street, Suite 700, Hon, HI 96813 (808) 265-5859
Petitioners Pro Se

Attorneys *(If Known)*
Joachim P. Cox, Robert K. Fricke, Abigail M. Holden
Cox Fricke LLP
800 Bethel Street, Suite 600, Hon., HI 96813 (808) 585-9440

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| | | | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441(a) and 1446(a)

Brief description of cause:
Alleged incident on airline flight

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
02/27/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Abigail M. Holden

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

2/27/2018                                                CM/ECF V6.1.1 **LIVE**

**Attorney Initiating Documents**

## U.S. District Court

## District of Hawaii

### Notice of Electronic Filing

The following transaction was entered by Holden, Abigail on 2/27/2018 at 4:46 PM HST and filed on 2/27/2018

**Case Name:**        Johnson v. United Airlines, Inc.
**Case Number:**      1:18-cv-00077
**Filer:**            United Airlines, Inc.
**Document Number:** 1
**Judge(s) Assigned:** None (please contact the court)

**Docket Text:**
**NOTICE OF REMOVAL by United Airlines, Inc. ( Filing fee $ 400 receipt number 0975-1997120), filed by United Airlines, Inc.. (Attachments: # (1) Declaration of Abigail M. Holden, # (2) Exhibit 1 - Verified Petition to Provide Depo Before Action, # (3) Exhibit 2 - 1/3/18 email, # (4) Exhibit 3 - 1/20/18 email, # (5) Exhibit 4 - 2/8/18 email, # (6) Exhibit 5 -State Court docket, # (7) Certificate of Service, # (8) Civil Cover Sheet)(Holden, Abigail)**

**1:18-cv-00077 Notice has been electronically mailed to:**

Abigail Marie Holden     aholden@cfhawaii.com, jdougherty@cfhawaii.com, nfarris@cfhawaii.com

**1:18-cv-00077 Notice will not be electronically mailed to:**

Colby Johnson

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-0
| |54c21f0d21600e2dafd1c0a74434ffb5937ea16ddebb5975b8301d3fbf505e0af3f
04351764d785acfe4a622e4a7c70cd0eb5348be2b98a5967a42439fcf58e6|]
**Document description:**Declaration of Abigail M. Holden
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-1
| |a40cbea4fb30455e77c30ee2677f7946d58b020168f015db7ab10ad66c649587403
1b813f5ac641e06d09e2fc033c5604625b3dcafd2a2c551757f54adf4d2a3|]
**Document description:**Exhibit 1 - Verified Petition to Provide Depo Before Action
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-2
| |b4fa491a791549ad34d14796bf5a4f107a932efbc08bff817fe5787790c37c77ba9
92d2807eca689799c63a9f963345272fa3ff682ad44ee5b3a351b60c8f409|]
**Document description:**Exhibit 2 - 1/3/18 email
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-3
| |6837854211619ff852398b87320f6c5bd556e2f625421f1130dba6499666d6787a6
0d3fcdf762634ed37f0bc16e3790cb3745225e3538efa88078c214cbffa5f||
**Document description:**Exhibit 3 - 1/20/18 email
**Original filename:**n/a
**Electronic do cument Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-4
| |3db8da2777667e9505fed4709a7be40388be512af0afa22615d026da46daab57130
e65062dd5bf0ac616ee350f2ad553bd18472f503e66cd07ced5614659a717||
**Document description:**Exhibit 4 - 2/8/18 email
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-5
| |54638d0de4169d54edf90e14704aa9ed73193d2633d0071c3d3240eaf8b246efb2f
254d8e6c92edcadf8f5174f55fca098876fbc8cbe4bd2d9311a842cdeafd6||
**Document description:**Exhibit 5 -State Court docket
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-6
| |0dafe1a8ebb1afe15cd304f7fe6841baba6e5ee999f9985a2dc4235087411fce0eb
1c365c88fa02ce2bcdab202dd351fa754352a192f99abc5c505f75d435b3d||
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-7
| |647b279506ff6433fc99711cb12ddbddd8661a21add3813d32e3fc2938e2a0dd5ba
6145a81d4f1a24d0ee04786f865f161be9b1de557ba150a42ed24aab67a26||
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 |Date=2/27/2018| |FileNumber=2408304-8
| |9e087c59f7ec72aaffc55b1878fd6fd522cc339248bc0b153321a4411a7201d34a5
727802e216364d6a34954ab0e2ae47ec23cc64223ed62bfaaa28ac315dfd1||

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| COLBY JOHNSON and JASON MANGONON, | S.P. NO. 18-1-0049 VLC |
|---|---|
| Petitioners, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED AIRLINES, INC., | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the within document was served

on this date in the following manner:

| | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| COLBY JOHNSON JASON MANGONON 810 Richards Street, Suite 700 Honolulu, HI 96813 <br><br> Petitioners Pro Se | [ ] | [ X ] | [ ] |

DATED: Honolulu, Hawai'i, February 28, 2018.

JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.