COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX      7520-0
    jcox@cfhawaii.com
ROBERT K. FRICKE      7872-0
    rfricke@cfhawaii.com
ABIGAIL M. HOLDEN      8793-0
    aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Respondent
UNITED AIRLINES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COLBY JOHNSON and JASON MANGONON,<br><br>         Petitioners,<br><br>   vs.<br><br>UNITED AIRLINES, INC.,<br><br>         Respondent. | CIVIL NO. 18-00077 SOM-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br>No trial date |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs COLBY

JOHNSON and JASON MANGONON and Defendant UNITED AIRLINES, INC.,

by and through their undersigned counsel, that all claims in the above-entitled action be dismissed with prejudice.  Each party to this stipulation shall bear its own attorneys' fees and costs.  There are no remaining parties, claims and/or issues.  No trial date was set in this case.

This stipulation for dismissal is based upon Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action.

DATED:  Honolulu, Hawai'i, <u>May 9, 2018</u>.


/s/Colby Johnson
COLBY JOHNSON
Petitioner Pro Se


DATED:  Honolulu, Hawai'i, <u>May 9, 2018</u>.


/s/Jason Mangonon
JASON MANGONON
Petitioner Pro Se


Colby Johnson, et al. v. United Airlines, Inc., Civil No. 18-00077 SOM-KJM,
**Stipulation for Dismissal with Prejudice of All Claims and Parties and Order**

DATED:  Honolulu, Hawaiʻi, <u>May 14, 2018</u>.

/s/ Abigail M. Holden
JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN

Attorneys for Respondent
UNITED AIRLINES, INC.

APPROVED AS TO FORM ~~AND SO ORDERED~~:



<u>/s/ Susan Oki Mollway</u>
Susan Oki Mollway
United States District Judge

Colby Johnson, et al. v. United Airlines, Inc., Civil No. 18-00077 SOM-KJM,
**Stipulation for Dismissal with Prejudice of All Claims and Parties and Order**